IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAIRO NOE HERNANDEZ MEJIA,

     Petitioner,

v.                                      No. 2:26-cv-0931-KG-SCY

PAMELA BONDI, Attorney General of the United States;
SECRETARY, U.S. Department of Homeland Security;
MARY DE ANDA-YBARRA, El Paso Field Office Director,
Immigration and Customs Enforcement;
TODD LYONS, Acting Director of Immigration and Customs
Enforcement; and
WARDEN, Otero County Processing Center,

     Respondents.[1]

ORDER TO ANSWER

Before the Court is Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) (Petition).   Petitioner is detained at the Otero County Processing Center in Chaparral, New Mexico and has paid the filing fee.   Petitioner states he entered the United States on November 10, 2021; he was released on a $5,000 bond in November 2024; on January 8, 2026 he was re-detained; and on February 23, 2026 an Immigration Judge denied his request for bond, terminated his asylum process, and entered a removal order.   (Doc. 1) at 1-2. Petitioner reserved his right to appeal the Immigration Judge's decision.   *Id.* at 17.   Petitioner seeks immediate release or another bond hearing.   *Id.* at 3.

---

[1]  The Court adds/substitutes the above-mentioned parties as Respondents in this case.   *See Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

Having conducted an initial review of the Petition, the Court will order Respondents to file an answer. The Clerk's Office has electronically served Respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system. (Doc. 3). The United States Attorney's Office (USAO) shall answer the Petition (Doc. 1) within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted. *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition). Petitioner may file an optional reply within seven (7) business days after the answer brief is filed.

IT IS THEREFORE ORDERED that:

1. The USAO must answer the Petition (Doc. 1) within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted;

2. If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed; and

3. The Clerk's Office shall add the additional party Respondents set forth in the caption of this Order to the docket of this case.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2